IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TINA STEPHAN,**

    **Plaintiff,**

  **vs.**                                              **Civil Action 2:06-CV-924**
                                                      **Judge Marbley**
                                                      **Magistrate Judge King**

**ROGER BLACKWELL ASSOCIATES,
INC.,** *et al.***,**

    **Defendants.**

<u>ORDER</u>

      This case has been reported settled, but remains pending because third-party defendant and cross-claimant Theresa M. Tailford has not signed the documents that would permit the dismissal of the action.[1] After she failed to appear at the September 19, 2008, status conference, Ms. Tailford was granted until September 30, 2008, to show cause why her default should not be entered and her cross-claim dismissed. *Order,* Doc. No. 34.  Ms. Tailford has failed to respond to that order.  It therefore appears that Ms. Tailford has abandoned her defense of this case and the prosecution of her claims.

      The Clerk is **DIRECTED** to enter the fact of this party's default.  The claims asserted by this party are **DISMISSED.**

                                                  *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                         United States District Judge

---

[1] It should be noted that terms of settlement impose no liability on Ms. Tailford.