**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

TINA STEPHAN,

                Plaintiff,

      vs.                            Civil Action 2:06-CV-924
                                      Judge Marbley
                                      Magistrate Judge King

ROGER BLACKWELL ASSOCIATES,
INC., *et al.*,

                Defendants.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the October 2, 2008 Order, the clerk is directed to enter default. The claims asserted are DISMISSED.

Date: **October 2, 2008**                **James Bonini, Clerk**

                          s/Betty L. Clark
                          Betty L. Clark/Deputy Clerk